IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TADDRICK MINGO,<br><br>    Plaintiff,<br><br>v.<br><br>SO SO DEF PRODUCTIONS, INC.<br>and JERMAINE DUPRI MAULDIN,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-2606-MHC |

## ORDER

Parties have advised the Court that this case settled in principle at mediation. The Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 18th day of November, 2016.

_____
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.